COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Appellate case name:         Arrington v. State

Appellate case number:    01-17-00859-CR

Trial court case number:  2318927

Trial court:                        Criminal Court at Law No. 11 of Harris County

It is ordered that the motion for en banc reconsideration is **DENIED**. All other pending motions are **DISMISSED**.

Judge's signature: _____/s/ Peter Kelly_____
         ☐ Acting individually   ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Date: <u>December 5, 2019</u>